**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 22-1394**

─────────────

HUAN ZHOU,

        Plaintiff - Appellant,

v.

LOWE'S HOME CENTERS, LLC,

        Defendant - Appellee.

─────────────

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Rossie David Alston, Jr., District Judge. (1:20-cv-00370-RDA-IDD)

─────────────

Submitted:  April 28, 2023                      Decided:  June 13, 2023

─────────────

Before KING, WYNN, and HEYTENS, Circuit Judges.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

**ON BRIEF:** Monique Antonia Miles, Danielle G. Pimental, OLD TOWNE ASSOCIATES, P.C., Alexandria, Virginia, for Appellant. Raymond C. Baldwin, Margaret M. Manos, SEYFARTH SHAW LLP, Washington, D.C., for Appellee.

─────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Huan Zhou sued her former employer, Lowe's Home Centers, LLC, for interference and retaliation under the Family and Medical Leave Act. The district court granted summary judgment for Lowe's on both claims and denied reconsideration. We review the grant of summary judgment de novo, *see Roberts v. Gestamp W. Va., LLC*, 45 F.4th 726, 732 (4th Cir. 2022), and the denial of reconsideration for abuse of discretion, *see Wojcicki v. SCANA/SCE&G*, 947 F.3d 240, 246 (4th Cir. 2020). Seeing no reversible error, we affirm. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*